| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>KEN SHAKHGULYAN, ESQ.<br>100 NORTH BRAND BLVD., STE 600<br>GLENDALE, CA 91203<br>818-539-2283 Fax: 818-539-2284<br>277558 CA<br>ken@shakhgulyanlaw.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Artashes Vardanyan<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: October 4, 2021      Artashes Vardanyan             _[signature]_
                           Printed name of Debtor 1        Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____      _____
                                    Printed name of Debtor 2         Signature of Debtor 2

ISSUE DATE: 08/20/2021    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SAHAKYAN YURI | | ID# 1411129 |
|---|---|---|---|
| Payee/Provider | MURADYAN HERMINE | | ID# 002706439 |
| Service Period: 08/01/21 to 08/15/21 | | Timesheet # | 4111537061    19  73 |
| Process Date: 08/18/21 | | | |
| Pay Rate: $ 15.00 | | | |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Hours Submitted | H 046 | M 00 | Federal | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt Federal | .00 | .00 |
| | | | State | .00 | .00 |
| | | | Addt State | .00 | .00 |
| Total Hours Paid | H 046 | M 00 | FICA | 42.78 | 693.24 |
| Travel Hours | H 000 | M 00 | Medicare | 10.01 | 162.13 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 8.28 | 134.18 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | | | Recovery | .00 | .00 |
| | Current | YTD | Lien | .00 | .00 |
| Regular * | 690.00 | 11181.25 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | .00 | .00 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| Sick Leave | .00 | .00 | Initiation | .00 | .00 |
| Total Gross | 690.00 | 11181.25 | Other Insurance | .00 | .00 |
| Net Pay | 628.93 | 10191.70 | | | |

| Sick Leave | Avail | Paid | Total Deductions | 61.07 | 989.55 |
|---|---|---|---|---|---|
| Fiscal Year 2021-2022 | 16:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.

KEEP THIS PORTION FOR YOUR RECORDS

76-563840

ISSUE DATE: 08/05/2021

Please contact your local IHSS county office for PAYMENT questions.

| Recipient | SAHAKYAN YURI | | ID# 1411129 | |
|---|---|---|---|---|
| Payee/Provider | MURADYAN HERMINE | | ID# 002706439 | |
| Service Period: 07/16/21 to 07/31/21 | | Timesheet # | 4110470031 | 19 73 |
| Process Date: 08/03/21 | | Deductions | Current | YTD |
| Pay Rate: $ 15.00 | | Federal | .00 | .00 |
| | | Addt Federal | .00 | .00 |
| Hours Submitted | H 047 | M 39 | | |
| | | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | | |
| | | Addt State | .00 | .00 |
| Total Hours Paid | H 047 | M 39 | FICA | 44.32 | 650.46 |
| Travel Hours | H 000 | M 00 | Medicare | 10.36 | 152.12 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 8.58 | 125.90 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | Current | YTD | Recovery | .00 | .00 |
| Regular * | 714.75 | 10491.25 | Lien | .00 | .00 |
| Adjustment | .00 | .00 | Health | .00 | .00 |
| Travel | .00 | .00 | Dues | .00 | .00 |
| Overtime | .00 | .00 | Health Trust | .00 | .00 |
| Sick Leave | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| Total Gross | 714.75 | 10491.25 | Initiation | .00 | .00 |
| Net Pay | 651.49 | 9562.77 | Other Insurance | .00 | .00 |
| Sick Leave | Avail | Paid | Total Deductions | 63.26 | 928.48 |
| Fiscal Year 2021-2022 | 16:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.